IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Tolefree, Darold S | Case Number: 07 B 14585 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 4/22/08 | Filed: 8/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 11, 2008
Confirmed: October 2, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,575.00 | |
| Secured: | | 20.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,469.95 |
| Trustee Fee: | | 85.05 |
| Other Funds: | | 0.00 |
| Totals: | 1,575.00 | 1,575.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,843.00 | 1,469.95 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 203.63 | 20.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 15,836.35 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 43.70 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 13.32 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 67.36 | 0.00 |
| 8. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 9. | Wells Fargo Fin Acceptance | Unsecured | 296.17 | 0.00 |
| 10. | Monterey Financial Services | Unsecured | 41.56 | 0.00 |
| 11. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 12. | Nationwide Credit Service | Unsecured | | No Claim Filed |
| 13. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 15. | West Asset Management | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 20,370.09 | $ 1,489.95 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 85.05 |
| | _____ |
| | $ 85.05 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Tolefree, Darold S | Case Number: 07 B 14585 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 4/22/08 | Filed: 8/13/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

